# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

11/9/11

FILED
11 NOV -9 PM 3:52
U.S. BANKRUPTCY COURT
W.D.N.Y.-ROCHESTER

# 8490
# 5.39
11/9/11  MT

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York 14614

Re:     CARD, MICHELLE R     / Case # 10-20641
       Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $5.39. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

\_\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

**X** The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant Corning Appliance Company    Amount $ 2.12    Claim Register #   2

Claimant STHCC    Amount $ 3.27    Claim Register #   3

_____
DOUGLAS J. LUSTIG
Trustee

1600 Crossroads Building    585 232 3730
Two State Street    FAX 585 232 3882      CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP
Rochester, NY 14614·1397    www.cdog.com